

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00649-CR

Marcus Chavez **PONCIANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5316
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED IN PART. Time is extended to April 9, 2020. **No further extensions of time will be granted absent extraordinary circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court